# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3839
_____

CAREN HALL,

    Appellant,

    v.

FREEDOM MORTGAGE
CORPORATION, et al.,

    Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

May 10, 2018


PER CURIAM.

In light of Appellee's confession of error, we reverse the order on appeal and remand for a hearing to resolve Appellant's exceptions to the magistrate's report.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

James H. Cerveny, Gainesville, for Appellant.

Robert Edwards of Choice Legal Group, P.A., Fort Lauderdale; Sonia Henriques McDowell of Quintairos, Prieto, Wood & Boyer, P.A., Orlando, for Appellee.